*Richard J. Lynch*, assistant attorney general, in opposition.

Decided January 25, 2001

---

### KLM INDUSTRIES, INC. *v.* PATRICK J. BERKERY

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 906 (AC 20221), is denied.

*Kenneth R. Davis*, in support of the petition.

Decided January 25, 2001

---

### STATE OF CONNECTICUT *v.* VAUGHN LEE REED

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 73 (AC 19294), is denied.

*Mary Anne Royle*, special public defender, in support of the petition.

Decided January 25, 2001

---

### GARY B. KELLY *v.* CITY OF BRIDGEPORT

The plaintiff's petition for certification for appeal from the Appellate Court, 61 Conn. App. 9 (AC 19443), is denied.

*Gary B. Kelly*, pro se, in support of the petition.

Decided January 25, 2001

---